**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

KAREN MCCOMBS,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  10-14760 RG

**NOTICE OF RESERVE ON CLAIM**

Creditor:          PAT CARABELLESE
Trustee Claim #:   18
Claimed Amount:    $33,138.89
Date Claim Filed:  08/26/2010

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ The creditor is not cashing checks issued by the Trustee.  Payments will not resume until a written request is sent by the creditor to the Trustee.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 03, 2012

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

KAREN MCCOMBS
21 COLGATE DR
NEWARK, NJ    07103

NICHOLAS FITZGERALD ESQ
649 NEWARK AVE
FITZGERALD & ASSOCIATES
JERSEY CITY, NJ    07306

PAT CARABELLESE
CITY OF NEWARK
920 BROAD ST
ROOM 104
NEWARK, NJ    07102