Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2014

**Chapter 13 Case # 10-14760**

Re:  KAREN MCCOMBS  
21 COLGATE DR  
NEWARK,  NJ  07103

Atty:  FITZGERALD & ASSOCIATES, PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

## RECEIPTS AS OF 12/31/2014

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/09/2010 | $1,000.00 | 17839600604 | 03/09/2010 | $38.00 | 17839600615 |
| 04/07/2010 | $68.00 | 17354262137 | 04/07/2010 | $1,000.00 | 17354262126 |
| 05/07/2010 | $38.00 | 103234902991 | 05/07/2010 | $1,000.00 | 103234902980 |
| 06/09/2010 | $38.00 | 102639978540 | 06/09/2010 | $1,000.00 | 102639978551 |
| 07/08/2010 | $38.00 | 102673862269 | 07/08/2010 | $1,000.00 | 102673862258 |
| 08/10/2010 | $38.00 | 102673886678 | 08/10/2010 | $1,000.00 | 102673886689 |
| 09/09/2010 | $1,000.00 | 102613257472 | 09/09/2010 | $38.00 | 102613257483 |
| 10/13/2010 | $1,000.00 | 102696999449 | 10/13/2010 | $38.00 | 102696999450 |
| 11/09/2010 | $1,000.00 | 103833929771 | 11/09/2010 | $40.00 | 103833929782 |
| 01/05/2011 | $38.00 | 103690459048 | 01/05/2011 | $1,000.00 | 103690459037 |
| 02/15/2011 | $1,000.00 | 103918750903 | 02/15/2011 | $36.00 | 103918750914 |
| 03/15/2011 | $1,000.00 | 103976401166 | 03/15/2011 | $38.00 | 103976401177 |
| 04/14/2011 | $1,000.00 | 104035595796 | 04/14/2011 | $39.00 | 104035595807 |
| 05/17/2011 | $38.00 | 104109428599 | 05/17/2011 | $1,000.00 | 104109428588 |
| 06/14/2011 | $1,000.00 | 104109444164 | 06/14/2011 | $39.00 | 104109444175 |
| 07/13/2011 | $38.00 | 104124655327 | 07/13/2011 | $1,000.00 | 104124655316 |
| 08/23/2011 | $1,000.00 | 104241362434 | 08/23/2011 | $38.00 | 104241362423 |
| 09/19/2011 | $1,000.00 | 104241385336 | 09/19/2011 | $38.00 | 104241385347 |
| 10/19/2011 | $1,000.00 | 104310998330 | 10/19/2011 | $38.00 | 104310998341 |
| 12/08/2011 | $1,000.00 | 104457272282 | 12/08/2011 | $38.00 | 104457272293 |
| 01/24/2012 | $1,000.00 | 104623736866 | 01/24/2012 | $39.00 | 104623736877 |
| 02/16/2012 | $1,000.00 | 104707672674 | 02/16/2012 | $39.00 | 104707672663 |
| 03/20/2012 | $39.00 | 104707630291 | 03/20/2012 | $1,000.00 | 104707630302 |
| 04/18/2012 | $1,000.00 | 104859105087 | 04/18/2012 | $39.00 | 104859105098 |
| 05/15/2012 | $1,000.00 | 104859035622 | 05/15/2012 | $39.00 | 104859035633 |
| 06/19/2012 | $1,000.00 | 104948070030 | 06/19/2012 | $39.00 | 104948070029 |
| 07/25/2012 | $39.00 | 20295610143 | 07/25/2012 | $1,000.00 | 20295610132 |
| 08/20/2012 | $1,000.00 | 20295601885 | 08/20/2012 | $39.00 | 20295601896 |
| 09/18/2012 | $39.00 | 20295618838 | 09/18/2012 | $1,000.00 | 20295618827 |
| 10/23/2012 | $1,000.00 | 20521385313 | 10/23/2012 | $39.00 | 20521385324 |
| 11/21/2012 | $1,000.00 | 20521383300 | 11/21/2012 | $40.00 | 20521383311 |
| 12/28/2012 | $40.00 | 20644681228 | 12/28/2012 | $1,000.00 | 20644681217 |
| 01/29/2013 | $1,000.00 | 2064468 7675 | 01/29/2013 | $40.00 | 20644687686 |

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/07/2013 | $1,000.00 | 20521399421 | 03/07/2013 | $40.00 | 20521399432 |
| 03/20/2013 | $1,000.00 | 103497576061 | 03/20/2013 | $38.00 | 103497576072 |
| 04/16/2013 | $1,000.00 | 20860637321 | 04/16/2013 | $40.00 | 20860637332 |
| 05/16/2013 | $1,000.00 | 21141976285 | 05/16/2013 | $155.00 | 21141976296 |
| 06/11/2013 | $1,000.00 | 20521382422 | 06/11/2013 | $153.00 | 20521382433 |
| 07/15/2013 | $1,000.00 | 20860643070 | 07/15/2013 | $176.00 | 20860643081 |
| 08/13/2013 | $126.00 | 21141950758 | 08/13/2013 | $1,000.00 | 21141950747 |
| 08/13/2013 | $50.00 | 105776174416 | 09/23/2013 | $1,000.00 | 21141952514 |
| 09/23/2013 | $180.00 | 21141952525 | 10/22/2013 | $176.00 | 105776153208 |
| 10/22/2013 | $1,000.00 | 105776153197 | 11/22/2013 | $178.00 | 105776111419 |
| 11/22/2013 | $1,000.00 | 105776111420 | 12/24/2013 | $1,000.00 | 21141968231 |
| 12/24/2013 | $175.00 | 21141968242 | 01/28/2014 | $1,000.00 | 21338577900 |
| 01/28/2014 | $175.00 | 21338577911 | 02/25/2014 | $1,000.00 | 21338580082 |
| 02/25/2014 | $176.00 | 21338580093 | 03/25/2014 | $175.00 | 21338595628 |
| 03/25/2014 | $1,000.00 | 21338595617 | 04/29/2014 | $176.00 | 21555558753 |
| 04/29/2014 | $1,000.00 | 21555558742 | 05/28/2014 | $1,000.00 | 21555567224 |
| 05/28/2014 | $178.00 | 21555567235 | 07/01/2014 | $1,000.00 | 21555552497 |
| 07/01/2014 | $179.00 | 21555552508 | 07/30/2014 | $178.00 | 22112931780 |
| 07/30/2014 | $1,000.00 | 22112931778 | 10/01/2014 | $1,000.00 | 22112949115 |
| 10/01/2014 | $178.00 | 22112949126 | 10/03/2014 | $1,000.00 | 22112942084 |
| 10/03/2014 | $178.00 | 22112942095 | 10/28/2014 | $1,000.00 | 22349932571 |
| 10/28/2014 | $178.00 | 22349932582 | 11/25/2014 | $179.00 | 22349928418 |
| 11/25/2014 | $1,000.00 | 22349928407 | 12/30/2014 | $179.00 | 22533810928 |
| 12/30/2014 | $1,000.00 | 22533810917 | | | |

**Total Receipts: $60,918.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $60,918.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2014          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITY OF NEWARK | | | | | | | |
| | 07/16/2010 | $16.91 | 610,639 | | 07/16/2010 | $863.98 | 610,640 |
| | 08/12/2010 | $18.50 | 612,461 | | 08/12/2010 | $944.77 | 612,462 |
| | 09/15/2010 | $18.50 | 614,148 | | 09/15/2010 | $944.77 | 614,149 |
| | 10/21/2010 | $18.18 | 615,971 | | 10/21/2010 | $928.48 | 615,972 |
| | 11/18/2010 | $18.18 | 617,793 | | 11/18/2010 | $928.48 | 617,794 |
| | 12/16/2010 | $18.21 | 619,448 | | 12/16/2010 | $930.27 | 619,449 |
| | 02/17/2011 | $13.36 | 622,721 | | 02/17/2011 | $682.56 | 622,722 |
| CR EVERGREEN LLC | | | | | | | |
| | 02/17/2011 | $44.44 | 623,859 | | 02/17/2011 | $137.21 | 623,859 |
| | 03/24/2011 | $167.48 | 625,723 | | 03/24/2011 | $517.05 | 625,723 |
| | 04/21/2011 | $535.07 | 627,507 | | 04/21/2011 | $173.32 | 627,507 |
| | 05/19/2011 | $535.59 | 629,190 | | 05/19/2011 | $173.49 | 629,190 |
| | 06/23/2011 | $535.09 | 631,179 | | 06/23/2011 | $173.30 | 631,179 |
| | 07/20/2011 | $535.59 | 632,828 | | 07/20/2011 | $173.50 | 632,828 |
| | 08/10/2011 | $535.08 | 634,518 | | 08/10/2011 | $173.32 | 634,518 |
| | 09/14/2011 | $173.32 | 636,485 | | 09/14/2011 | $535.08 | 636,485 |
| | 10/19/2011 | $524.87 | 638,592 | | 10/19/2011 | $170.00 | 638,592 |
| | 11/16/2011 | $342.43 | 640,544 | | 11/16/2011 | $110.91 | 640,544 |

**Chapter 13 Case # 10-14760**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 02/17/2011 | $16.75 | 623,885 | | 03/24/2011 | $63.13 | 625,755 |
| | 04/21/2011 | $65.35 | 627,536 | | 05/19/2011 | $65.40 | 629,218 |
| | 06/23/2011 | $65.33 | 631,209 | | 07/20/2011 | $65.40 | 632,852 |
| | 08/10/2011 | $65.34 | 634,543 | | 09/14/2011 | $65.34 | 636,511 |
| | 10/19/2011 | $64.08 | 638,617 | | 11/16/2011 | $41.82 | 640,567 |
| | 01/18/2012 | $61.71 | 644,657 | | 02/14/2012 | $61.76 | 646,630 |
| | 03/21/2012 | $61.77 | 648,892 | | 04/16/2012 | $61.77 | 650,861 |
| | 12/15/2014 | $39.38 | 721,540 | | | | |
| EAST BAY FUNDING | | | | | | | |
| | 01/18/2012 | $505.35 | 644,664 | | 01/18/2012 | $163.71 | 644,664 |
| | 02/14/2012 | $505.89 | 646,636 | | 02/14/2012 | $163.85 | 646,636 |
| | 03/21/2012 | $505.86 | 648,898 | | 03/21/2012 | $163.85 | 648,898 |
| | 04/16/2012 | $505.86 | 650,866 | | 04/16/2012 | $163.86 | 650,866 |
| | 12/15/2014 | $322.51 | 721,561 | | 12/15/2014 | $104.46 | 721,561 |
| Marie-Ann Greenberg | | | | | | | |
| | 05/20/2010 | $151.63 | 607,862 | | 06/17/2010 | $74.74 | 609,539 |
| | 07/16/2010 | $74.74 | 611,162 | | 08/12/2010 | $74.73 | 612,951 |
| | 09/15/2010 | $74.73 | 614,651 | | 10/21/2010 | $91.34 | 616,485 |
| | 11/18/2010 | $91.34 | 618,238 | | 12/16/2010 | $91.52 | 619,890 |
| | 02/17/2011 | $91.06 | 623,033 | | 03/24/2011 | $91.45 | 624,202 |
| | 04/21/2011 | $60.20 | 626,136 | | 05/19/2011 | $60.26 | 627,881 |
| | 06/23/2011 | $60.20 | 630,180 | | 07/20/2011 | $60.26 | 631,605 |
| | 08/10/2011 | $60.20 | 633,167 | | 09/14/2011 | $60.19 | 634,890 |
| | 10/19/2011 | $78.88 | 636,927 | | 11/16/2011 | $51.47 | 639,034 |
| | 01/18/2012 | $106.30 | 643,603 | | 02/14/2012 | $78.96 | 646,774 |
| | 03/21/2012 | $78.96 | 8,000,000 | | 04/16/2012 | $78.96 | 8,000,001 |
| | 05/16/2012 | $78.96 | 8,000,002 | | 06/18/2012 | $52.99 | 8,000,003 |
| | 07/16/2012 | $52.99 | 8,000,004 | | 09/07/2012 | $81.04 | 8,000,006 |
| | 07/12/2013 | $14.51 | 8,000,023 | | | | |
| PAT CARABELLESE | | | | | | | |
| | 05/16/2012 | $960.05 | 652,046 | | 06/18/2012 | $986.01 | 654,284 |
| | 07/16/2012 | $986.01 | 656,512 | | 09/06/2012 | ($960.05) | 652,046 |
| | 09/07/2012 | $3,035.98 | 660,712 | | 10/04/2012 | ($986.01) | 654,284 |
| | 11/07/2012 | ($986.01) | 656,512 | | 01/07/2013 | ($3,035.98) | 660,712 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/17/2011 | $43.14 | 624,057 | | 02/17/2011 | $6.24 | 624,057 |
| | 03/24/2011 | $162.58 | 625,958 | | 03/24/2011 | $14.02 | 625,958 |
| | 03/24/2011 | $23.53 | 625,958 | | 04/21/2011 | $11.47 | 627,731 |
| | 04/21/2011 | $24.35 | 627,731 | | 04/21/2011 | $168.24 | 627,731 |
| | 05/19/2011 | $11.47 | 629,399 | | 05/19/2011 | $168.41 | 629,399 |
| | 05/19/2011 | $24.38 | 629,399 | | 06/23/2011 | $168.25 | 631,428 |
| | 06/23/2011 | $24.35 | 631,428 | | 06/23/2011 | $11.47 | 631,428 |
| | 07/20/2011 | $11.48 | 633,018 | | 07/20/2011 | $168.41 | 633,018 |
| | 07/20/2011 | $24.37 | 633,018 | | 08/10/2011 | $168.25 | 634,736 |
| | 08/10/2011 | $11.46 | 634,736 | | 08/10/2011 | $24.35 | 634,736 |
| | 09/14/2011 | $11.47 | 636,741 | | 09/14/2011 | $168.25 | 636,741 |
| | 09/14/2011 | $24.35 | 636,741 | | 10/19/2011 | $23.89 | 638,847 |
| | 10/19/2011 | $11.25 | 638,847 | | 10/19/2011 | $165.03 | 638,847 |
| | 11/16/2011 | $107.66 | 640,777 | | 11/16/2011 | $7.33 | 640,777 |
| | 11/16/2011 | $15.58 | 640,777 | | 01/18/2012 | $23.00 | 644,902 |
| | 01/18/2012 | $158.92 | 644,902 | | 01/18/2012 | $10.84 | 644,902 |
| | 02/14/2012 | $159.05 | 646,857 | | 02/14/2012 | $10.83 | 646,857 |
| | 02/14/2012 | $23.02 | 646,857 | | 03/21/2012 | $23.02 | 649,144 |
| | 03/21/2012 | $159.06 | 649,144 | | 03/21/2012 | $10.85 | 649,144 |
| | 04/16/2012 | $159.06 | 651,074 | | 04/16/2012 | $23.02 | 651,074 |
| | 04/16/2012 | $10.83 | 651,074 | | 12/15/2014 | $14.68 | 722,299 |
| | 12/15/2014 | $101.41 | 722,299 | | 12/15/2014 | $6.92 | 722,299 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/18/2012 | $368.97 | 645,010 | | 02/14/2012 | $35.64 | 646,956 |
| | 03/21/2012 | $35.62 | 649,262 | | 04/16/2012 | $35.64 | 651,169 |
| | 12/15/2014 | $22.71 | 8,000,091 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,476.57 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,400.00 | 100.00% | 3,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BAC HOME LOANS SERVICI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | EAST BAY FUNDING | UNSECURED | 7,724.60 | 100.00% | 7,078.53 | 646.07 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,428.86 | 100.00% | 2,225.72 | 203.14 |
| 0005 | CITY OF NEWARK | SECURED | 121.84 | 100.00% | 121.84 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 943.22 | 100.00% | 864.33 | 78.89 |
| 0008 | DSNB MACYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | EXXMBLCITI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 165.53 | 100.00% | 151.69 | 13.84 |
| 0011 | WEB BANK/DFS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | EAST BAY FUNDING | UNSECURED | 2,502.08 | 100.00% | 2,292.81 | 209.27 |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 351.53 | 100.00% | 322.13 | 29.40 |
| 0014 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | DSNB MACYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CITY OF NEWARK | SECURED | 6,223.31 | 100.00% | 6,223.31 | 0.00 |
| 0017 | UNITED STATES TREASURY/IRS | UNSECURED | 544.09 | 100.00% | 498.58 | 45.51 |
| 0018 | PAT CARABELLESE | SECURED | 33,138.89 | 100.00% | 0.00 | 33,138.89 |

**Total Paid:  $26,655.51**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15 , 2015.

Receipts: $60,918.00    -    Paid to Claims: $19,778.94    -    Admin Costs Paid: $6,876.57    =    Funds on Hand: $34,262.49

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.